FILED

07/31/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0644

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0644

_____

IN RE THE MARRIAGE OF:

MATTHEW ROBERTS,

     Petitioner and Appellee,

    v.

FIDELA ROBERTS,

     Respondent and Appellant.

O R D E R

_____

     Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

     The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Ashley Harada, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
July 31 2024